IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RHONDA ROHRER, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | NO. 18-894 |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | : | |
| Defendant. | : | |

**ORDER**

ROBERT F. KELLY, J.

AND NOW, this 10th day of January, 2019, upon consideration of Plaintiff's Request for Review (Doc. No. 9), Defendant's Response to the Request for Review (Doc. No. 12), Plaintiff's Reply (Doc. No. 13), and the Report and Recommendation of Magistrate Judge Marilyn Heffley (Doc. No. 15), it is hereby ORDERED that:

1. The Plaintiff's Request for Review is DENIED; and

2. JUDGMENT IS ENTERED in this case in favor of the Defendant.

BY THE COURT:

_Robert F. Kelly_
ROBERT F. KELLY, J.